CASE NUMBERS: 15-11283

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CATHERINE S. CADLE,

*Appellant*,

v.

GEICO GENERAL INSURANCE COMPANY,

*Appellee*.

Appeal from the United States District Court for the Middle District of Florida
Case Number: 6:13-1591-GAP-GJK

GEICO GENERAL INSURANCE COMPANY'S
AMENDED UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER BRIEF

B. RICHARD YOUNG
COURTNEY F. SMITH
MEGAN M. HALL
YOUNG, BILL, ROUMBOS & BOLES, P.A.
Post Office Drawer 1070
Pensacola, FL 32591-1070
Telephone: (850) 432-2222
Facsimile: (850) 432-1444
*Attorneys for GEICO GENERAL INSURANCE COMPANY*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLEE GEICO GENERAL INSURANCE COMPANY

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1 through 26.1-3, Appellee, GEICO GENERAL INSURANCE COMPANY ("GEICO"), hereby submits the following Certificate of Interested Persons and Corporate Disclosure Statement:

Alexander, Megan, Esq.: counsel for Appellee

Berkshire Hathaway, Inc., BRK-A, BRK-B: owner of GEICO

Boyle, Gentile & Leonard, P.A.: counsel for Appellant

Boyle, Esq.; Mark A.,: counsel for Appellant

Cadle, Catherine S.: Appellant

Chafe, Esq., Molly A.: counsel for Appellant

GEICO Corporation: GEICO parent company

GEICO GENERAL INSURANCE COMPANY: Appellee

Government Employees Insurance Company

Hall, Megan M., Esq.: counsel for Appellee

Hassebrock, Esq., Benjamin C.: counsel for Appellant

Marino, Jr., Esq., Stephen A.: counsel for Appellant

Morgan & Morgan, P.A.: counsel for Appellant

Panagakis, Esq., Nicholas P.: counsel for Appellant

i

Pincavage, Esq., Danya J.: counsel for Appellant

Presnell, The Honorable Gregory A.

Smith, Courtney F., Esq.: counsel for Appellee

Thompson, Jordan M., Esq.: counsel for Appellee

United Policyholders

Ver Ploeg & Lumpkin, P.A.: counsel for Appellant

Young, Bill, Roumbos & Boles, P.A.: counsel for Appellee

Young, B. Richard, Esq.: counsel for Appellee

## AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME

**GEICO GENERAL INSURANCE COMPANY** ("GEICO" or "Appellee"), by and through undersigned counsel and pursuant to Federal Rules of Appellate Procedure 26 and 31 and Eleventh Circuit Rules 26-1 and 31-2, hereby respectfully requests an extension of time to file and serve GEICO's Answer Brief in this matter. In support of its request, GEICO states as follows:

1.   Appellee's Answer Brief is due to be served on **July 9, 2015**.

2.   Undersigned counsel for Appellee is actively engaged in several other cases pending before this Court and other courts in the state of Florida.

3.   Due to time constraints imposed by this and other matters, including time constraints attendant to motion practice and briefing, Appellee has not been able to devote sufficient time to complete the brief by the deadline set forth in the Federal Rules of Appellate Procedure.

4.   Accordingly, Appellee respectfully requests an additional thirty (30) days to complete the Answer Brief, which would result in an extended service date of **August 10, 2015**.

5.   This request for an extension of time is made in good faith and is not intended merely to delay these proceedings. Undersigned counsel for Appellee believes this additional time is necessary in order to devote the time and attention necessary to prepare and submit Appellee's Answer Brief.

6. This Motion is Appellee's first request for an extension of time to file the Answer Brief.

7. In compliance with Eleventh Circuit Rule 26-1, undersigned counsel contacted Appellant's counsel, Stephen A. Marino, Jr., Esq., Danya J. Pincavage, Esq., and Benjamin C. Hassebrock, Esq., and has been informed that Appellant's counsel do not oppose the thirty (30) day extension requested herein.

**WHEREFORE**, GEICO GENERAL INSURANCE COMPANY respectfully requests a thirty (30) day extension of time within which to file and serve the Answer Brief.

    Respectfully submitted,

    s/COURTNEY F. SMITH
    **B. RICHARD YOUNG**
    Florida Bar No.: 442682
    ryoung@flalawyer.net
    **COURTNEY F. SMITH**
    Florida Bar No.: 67388
    csmith@flalawyer.net
    **MEGAN M. HALL**
    Florida Bar No.: 41695
    mhall@flalawyer.net
    Young, Bill, Roumbos & Boles, P.A.
    P.O. Drawer 1070
    Pensacola, FL 32591-1070
    (850) 432-2222 / 432-1444 - facsimile
    *Attorneys for GEICO GENERAL INSURANCE COMPANY*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July 2015 the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

        s/COURTNEY F. SMITH
**B. RICHARD YOUNG**
Florida Bar No.: 442682
ryoung@flalawyer.net
**COURTNEY F. SMITH**
Florida Bar No.: 67388
csmith@flalawyer.net
**MEGAN M. HALL**
Florida Bar No.: 41695
mhall@flalawyer.net
Young, Bill, Roumbos & Boles, P.A.
P.O. Drawer 1070
Pensacola, FL 32591-1070
(850) 432-2222  / 432-1444 - facsimile
*Attorneys for GEICO GENERAL INSURANCE COMPANY*

# **SERVICE LIST**
*Catherine S. Cadle v. GEICO General Insurance Company*
**CASE NO.: 15-11283-A**
**United States Court of Appeals**
**for the Eleventh Circuit**

**STEPHEN A. MARINO, JR., ESQ.**
**DANYA J. PINCAVAGE, ESQ.**
**BENJAMIN C. HASSEBROCK, ESQ.**
Ver Ploeg & Lumpkin, P.A
100 S.E. Second Street, 30th Floor
Miami, Florida 33131
Smarino@vpl-law.com
Dpincavage@vpl-law.com
bhassebrock@vpl-law.com
**Counsel for Appellant, Catherine S. Cadle**
*Via CM/ECF Notice of Filing*